UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 20-01901-JWH (KESx) | Date | December 17, 2021 |
|---|---|---|---|
| Title | *Orlando Garcia v. Kazam M. Baker, et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Courtsmart RS-12-17-21 |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Raymond George Ballister, Jr. | N/A |

**Proceedings:   VIDEO HEARING RE:  FINAL PRETRIAL CONFERENCE**

    Raymond George Ballister, Jr., counsel for Plaintiff Orlando Garcia, states his appearance.  No appearance is made by Andrew K. Rauch, counsel for Defendant French Pastry Cafe De Jour, Inc.  A separate Order to Show Cause shall issue.  The Court confers with Mr. Ballister regarding the posture of the case.  For the reasons stated on the record, the Court hereby **ORDERS** as follows:

    1.    The Court **SETS** a video Status Conference on January 14, 2022, at 1:00 p.m.

    2.    The Bench Trial set for January 10, 2022, is **VACATED**.

    **IT IS SO ORDERED.**

Time:  00:12
Initials of Preparer: iv