UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | CV 20-01901-JWH (KESx) | Date | December 17, 2021 |
|---|---|---|---|
| Title | *Orlando Garcia v. Kazam M. Baker, et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S FAILURE TO PARTICIPATE IN PRETRIAL FILINGS AND FOR FAILURE TO APPEAR AT DECEMBER 17, 2021, FINAL PRETRIAL CONFERENCE & ORDER TO SHOW CAUSE AS TO WHY JUDGMENT SHOULD NOT BE ENTERED AGAINST THE INDIVIDUAL DEFENDANT FRENCH PASTRY CAFE DE JOUR, INC.**

On April 30, 2021, the Court issued its Civil Trial Scheduling Order (the "Scheduling Order") [ECF No. 58] setting the case schedule dates and deadlines that included the Final Pretrial Conference, which was set for December 17, 2021, at 11:00 a.m. In addition, the Scheduling Order provided this Court's filing schedule for pretrial documents. In view of the filing schedule, the parties' pretrial documents were due by November 26, 2021. On November 23, 2021, Plaintiff's counsel filed a Declaration Regarding Unilateral Filing of Pretrial Documents [ECF No. 62], advising the Court of Plaintiff's counsel's attempts to contact Defendant's counsel in preparation of the upcoming trial.

On December 9, 2021, the Court issued a Scheduling Notice and Order (the "Order") [ECF No. 67] that continued the Final Pretrial Conference from December 17, 2021, at 11:00 a.m., to December 17, 2021, at 1:00 p.m.  The Order also directed the parties to appear in person at specified date and time.

On December 17, 2021, Andrew K. Rauch, counsel for Defendant French Pastry Café De Jour, Inc., did not appear in court.  Accordingly, the Court **ORDERS** Mr. Rauch to show cause why he should not be sanctioned in the amount of $500 for failure to participate in the pretrial filings and for failure to appear at the Court-ordered Final Pretrial Conference.  Furthermore, the Court **ORDERS** Defendant French Pastry Cafe De Jour, Inc. to show cause why Judgment should not be entered against it.

Mr. Rauch and Defendant French Pastry Cafe De Jour, Inc. are each **DIRECTED** to respond in writing at or before 12:00 noon on Friday, January 7, 2022.  Their failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against counsel and the entry of judgment against Defendant French Pastry Cafe De Jour, Inc.  The Court also **SETS** a video Order to Show Cause hearing on January 14, 2022, at 1:00 p.m.

**IT IS SO ORDERED.**