JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>KAZAM M. BAKER, in individual and representative capacity as trustee of The Sedghian Family Trust dated 10/10/2003;<br>JENAN M. BAKER, in individual and representative capacity as trustee of The Sedghian Family Trust dated 10/10/2003;<br>FRENCH PASTRY CAFE DE JOUR, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:20-cv-01901-JWH (KESx)<br><br>**JUDGMENT** |

Following the Order to Show Cause hearing and Status Conference on January 14, 2022, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 1343(a)(3) & (4) for violations of the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. §§ 12101, *et seq*.

2. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

3. On July 26, 2021, at the request of Plaintiff Orlando Garcia, the Court issued an Order **DISMISSING** Defendants Kazam M. Baker and Jenan M. Baker as parties in this action **with prejudice**.

4. With respect to Garcia's ADA claim, permanent injunctive relief is ordered in favor of Garcia, and against Defendant French Pastry Café De Jour, Inc. ("French Pastry Café"), in that French Pastry Café is **DIRECTED** to make the following changes or modifications in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design at the French Pastry Café located at or about 1017 E. Broadway, Glendale, California:

    a. French Pastry Café is **DIRECTED** forthwith to provide dining surfaces in compliance with relevant 2010 ADA Standards for Accessible Design;

    b. French Pastry Café is **DIRECTED** forthwith to provide a sales counter or portion of sales counter in compliance with relevant 2010 ADA Standards for Accessible Design; and

    c. French Pastry Café is **DIRECTED** forthwith to keep and maintain those features as accessible at all times.

5. With respect to Garcia's Unruh Act claim, Judgment is entered in favor of Garcia, and against French Pastry Café, in the amount of $4,000.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 8, 2022

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE