WHEN RECORDED MAIL TO:

Center For Disability Access
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; Fax (888) 422-5191

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Orlando Garcia,

PLAINTIFF(S),

v.

Kazam Baker, et al.

DEFENDANT(S).

CASE NUMBER:

CV 2:20-cv-01901-JWH(KESx)

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 3/9/2022
in favor of Orlando Garcia
whose address is C/O Dennis Price, 100 Pine St., Ste 1250 San Francisco, CA 94111
and against French Pastry Café De Jour, Inc.
whose last known address is 1017 E. Broadway, Glendale, California
for $ 4000.00    Principal, $ 0    Interest, $ 0    Costs,
and $ 0    Attorney Fees.

ATTESTED this  6th  day of  May , 2022
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Andrew K Rauch
12526 High Bluff Drive Suite 300
San Diego, CA 92130

CLERK, U.S. DISTRICT COURT

By _[signature]_
Deputy Clerk

1162

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER

## PROOF OF SERVICE

### GARCIA V. BAKER
2:20-CV-01901-JWH(KESX)

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 100 Pine St., Ste 1250, San Francisco, CA 94111.

On May 5, 2022 I served the following document(s):

**Abstract of Judgment.**

Addressed to:
Andrew K Rauch
12526 High Bluff Drive Suite 300
San Diego, CA 92130

- ☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on May 5, 2022, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Sarath Marcus_
Sarath Marcus

PROOF OF SERVICE